IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


TIMOTHY J. MARSHALL                                                    PLAINTIFF

          v.                    Civil No. 4:08-cv-04055

SGT. JAYSEN JONES, Miller
County Correctional Center;
OFFICER JORDAN WALLER,
Miller County Correctional Center;
SGT. KEVIN HAMPTON, Miller
County Correctional Center; NURSE
MELODY NEELY, Miller County
Correctional Center; and NURSE
TRINA, Miller County Correctional Center                          DEFENDANTS


## JUDGMENT

On July 22, 2009, a show cause order was entered. Plaintiff was given until August 12, 2009, to show cause why this action should not be dismissed based on his failure to prosecute this action. Plaintiff has failed to respond to the show cause order.

Accordingly, this action is dismissed based on Plaintiff's failure to prosecute this action and his failure to obey the orders of this court. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED AND ADJUDGED this 14th day of August 2009.


                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE